**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Oscar Max Ferrera OSORIO,**
**Defendant–Appellant.**

**No. 13–50213**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 14, 2014.

Joseph H. Gay, Jr., U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Jad Powers Ratliff–Harper, Eagle Pass, TX, for Defendant–Appellant.

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: [*]

The attorney appointed to represent Oscar Max Ferrera Osorio has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Ferrera Osorio has filed responses to both briefs. We have reviewed counsel's briefs and the

---

relevant portions of the record reflected therein, as well as Ferrera Osorio's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Ferrera Osorio's motion for appointment of substitute counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.